UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: LETTER ROGATORY REQUEST FROM CANADA IN THE MATTER OF ROYAL GROUP TECHNOLOGIES | No. MC 07-00037-PHX-JAT<br><br>ORDER APPOINTING COMMISSIONER |

Upon application of the United States of America and upon review of the letter of request from the Royal Canadian Mounted Police, in conjunction with the Integrated Market Enforcement Team, Toronto, Canada or their delegate, seeking information located within the jurisdiction of this court.

**IT IS HEREBY ORDERED**, pursuant to Title 28, United States Code, §1782, that:

1) Kevin M. Rapp, Assistant United States Attorney, hereby is appointed as Commissioner of this Court to take such steps as are necessary, including issuance of a commissioner's subpoena, to obtain information in conformity with the letter of request;

2) Kevin M. Rapp, Assistant United States Attorney, will certify the evidence to the Office of International Affairs, United States Department of Justice, for transmission to Canada and to do all else that may be necessary for the accomplishment of the purpose of this order.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that, in obtaining the information requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

DATED this 16th day of May, 2007.

_____
James A. Teilborg
United States District Judge